JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-04570-MMM(VBKx) | Date | August 9, 2010 |
| Title | Jose Torcuator vs Indymac Bank, FSB, et al | | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None appearing                                      None appearing

**Proceedings:**       [In Chambers] Order Dismissing Action for Lack of Prosecution

On June 25, 2009, plaintiff filed the above action. To date, plaintiff has failed to prosecute the action pursuant to the Local Rules. Consequently, the court dismisses the action for Lack of Prosecution without prejudice.